Criminal Std (6/13/2012)

HONORABLE: **W. I. Garfinkel**

DEPUTY CLERK **Barrille**   RPTR/ECRO/TAPE **FTR**

USPO **N/A**   INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes

DATE: **Jul 16, 2013**   START TIME: **1:46**   END TIME: **1:50**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **3:13cr44(MPS)**   DEFT # **15**

**R. Shechter**
AUSA

UNITED STATES OF AMERICA
vs
**Rayshequia Wells**

**T. Furniss**
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ....... ☐ Arrest Date (CT Case): _____  ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ....... Order Appointing Federal Public Defender's Office filed
- ☐ ....... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ....... Appearance of _____ filed
- ☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ....... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ....... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ....... Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) **1, 47** of the **superseding indictment** (indict, superseding indict, info)
- ☐ ....... Petition to Enter Guilty Plea filed
- ☒ ....... Defendant motions due **08-05-2013** ; Government responses due **08-16-2013**
- ☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ____ at ____
- ☒ ....... Jury Selection set for **09-11-2013** at **9:00 am**
- ☐ ....... Remaining Count(s) to be dismissed at sentencing
- ☐ ....... Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ ....... Special Assessment of $____ on count(s) ____. Total $____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Order of Detention filed
- ☐ ....... Deft ordered removed/committed to originating /another District of ____
- ☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ....... Waiver of Rule 5 Hearing filed
- ☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☒ ....... Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified
- ☐ ....... Defendant detained
- ☐ ....... Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ ....... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings